**ALCOHOL MONITORING SYSTEMS, INC., Plaintiff–Appellant**

v.

**BI INCORPORATED, Geo Care, Inc., Defendants–Appellees.**

No. 2014–1266.

United States Court of Appeals, Federal Circuit.

July 13, 2015.

Jon Trembath, Lathrop & Gage LLP, Denver, CO, argued for plaintiff-appellant. Also represented by Phillip S. Lorenzo, James Espy Dallner, Alexander C. Clayden, Allison Steincipher Wallin.

Timothy P. Getzoff, Holland & Hart LLP, Boulder, CO, argued for defendants-appellees. Also represented by Michael P. Manning, Holland & Hart LLP, Billings, MT.

PROST, Chief Judge, CLEVENGER and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**